UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No: 3:12-cv-00122-LRH-WGC |
| $32,000.00 IN UNITED STATES CURRENCY, ) | |
| Defendant. ) | **ORDER REGARDING:** |

**UNITED STATES' UNOPPOSED APPLICATION TO
CONTINUE THE CAFRA DEADLINE
FOR THE UNITED STATES TO FILE ITS COMPLAINT**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant an extension of time, until and including May 4, 2012, for the United States to file its complaint in the above-captioned matter. The CAFRA deadline for the United States is March 5, 2012.

Under CAFRA, the United States is obliged to file its Complaint for Forfeiture within 90 days of receiving a referral from the agency that has received an administrative claim. 18 U.S.C. 983(a)(3)(A). That same section allows the 90-day deadline to be extended by stipulation of the parties as authorized by the court.

In this case, the Government continues to investigate this matter to ascertain the basis for seizure that has led to the filing of an administrative claim by Justin Johnson. Such investigation will likely be concluded within the next 60 days, whereupon the United States will make a decision about whether to proceed with the judicial process in this matter.

Government counsel discussed the matter of a government continuance with Claimant's counsel, Tammy Riggs, on February 29, 2012, and Attorney Riggs gave Government counsel authorization to represent to this Court that she consents to this motion.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, the United States moves this Court to grant its application to extend the time for the United States to file its Complaint for Forfeiture in this matter for an additional 60 days, or until May 4, 2012.

DATED this 2nd day of March, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS

IT IS SO ORDERED:

DATED this 6th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE